# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158425

*In re* ESTATE AND TRUST OF ROBERT E.
WHITTON.

_____

MOLLY MICHALUK,
            Petitioner-Appellant,

v

SC: 158425
COA: 341737
Oakland PC: 2015-365021-DE
                   2016-372116-TV

EDDIE WHITTON and RICHARD WHITTON,
Personal Representatives of the ESTATE OF
ROBERT E. WHITTON, and Successor Trustees
of the ROBERT E. WHITTON REVOCABLE
TRUST,
            Respondents-Appellees.

_____/

On order of the Court, the application for leave to appeal the August 9, 2018 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *In re Robert E Whitton Revocable Trust* (Docket No. 158408) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



s0529

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



Clerk